DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD HARRIS** and **TAMARA HARRIS,**
Appellants,

v.

**COLUMBIA SUSSEX CORPORATION,**
Appellee.

No. 4D17-954

[March 8, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 15-70-CA.

Christopher J. Lynch, of Christopher J. Lynch P.A., Coral Gables, and Laurie J. Goldstein of Lauri J. Goldstein & Associates, PLLC, Stuart, for appellants.

Bradley S. Bell of Bell Law Group, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***